IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GEORGE W. MYERS,

       Petitioner,

   v.

DON MILLS,

       Respondent.

Civil No. 08-1032-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

    DATED this <u>8th</u> day of April, 2011.

               /s/ Anna J. Brown
                 ANNA J. BROWN
                 United States District Judge

1 - JUDGMENT -